IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01688-LTB-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2002 GRAY BMW 325 XI, VIN WBAEU33422PH86713;

1999 BLACK GMC DENALI, VIN 1GKEK13R6XR914831;

2000 BLACK WEST COAST CHOPPERS CUSTOM BUILT MOTORCYCLE, VIN 2RTMC0729YM070472;

2007 BLUE WEST COAST CHOPPERS CUSTOM BUILT MOTORCYCLE, ENGINE S/N NO1283,

        Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimants Todd Anthony Labate and Peter Alfonso Mazza have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendants 2000 Black West Coast Choppers Custom Built Motorcycle, VIN 2RTMC0729YM070472 (defendant "Black Custom Motorcycle") and 2007

Blue West Coast Choppers Custom Built Motorcycle, Engine S/N NO1283 (defendant "Blue Custom Motorcycle") have been filed;

THAT no claims as to defendants 2002 Gray BMW 325 XI, VIN WBAEU33422PH86713 (defendant "BMW") and 1999 Black GMC Denali, VIN 1GKEK13R6XR914831 (defendant "Denali") have been filed;

THAT upon agreement of the parties, claimants Todd Anthony Labate and Peter Alfonso Mazza shall forfeit to the United States, defendants BMW and Denali;

THAT the United States will return to claimants, defendants Black Custom Motorcycle and Blue Custom Motorcycle; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of defendants BMW and Denali is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. §2465, which this Order constitutes, is granted as to all of the defendant property; and

THAT the Clerk of Court is directed to enter Judgment as to the forfeited BMW and Denali pursuant to Rule 54 of the Federal Rules of Civil Procedure.

SO ORDERED this   16th   day of    December   , 2008.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Court Judge